

# NUMBER 13-19-00363-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**LEEANN HALEY,** **Appellant,**

**v.**

**BENEFICIAL FINANCIAL 1, INC.,**
**SUCCESSOR BY MERGER TO**
**BENEFICIAL TEXAS, INC.** **Appellee**.

---

### On appeal from the 148th District Court
### of Nueces County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Tijerina
### Memorandum Opinion by Justice Perkes

This matter is before the Court on the appellant's failure to file a brief or reasonably explain her failure to do so. The appellant's brief in the above cause was due on January 3, 2020. On January 7, 2020, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution

under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of the letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief.

Appellant has failed to either reasonably explain her failure to file a brief, file a motion for extension of time to file her brief, or file her brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

GREGORY T. PERKES
Justice

Delivered and filed the
12th day of March, 2020.

2